NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Advocates for Individuals with Disabilities Foundation Incorporated,<br><br>    Plaintiff,<br><br>v.<br><br>Reliance Management LLC,<br><br>    Defendant. | No. CV-16-03056-PHX-JJT<br><br>**ORDER** |
|---|---|

    Upon the parties' Stipulation for Dismissal With Prejudice (Doc. 15), and good cause appearing,

    IT IS ORDERED granting the Stipulation (Doc. 15). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees. All pending motions (Doc. 13) are deemed moot.

    Dated this 25th day of October, 2016.

                                Honorable John J. Tuchi
                                United States District Judge